BONNIE E. O'BRIEN, Respondent, v W. JAMES O'BRIEN, Appellant.

Present—Doerr, J. P., Green, Balio, Lawton and Schnepp, JJ.